Helen JONES, Petitioner

v.

Ron OTT and/or Eastern Elevator Service and Sales Company, Respondents

No. 442 WAL 2016

Supreme Court of Pennsylvania.

April 3, 2017

## ORDER

PER CURIAM

**AND NOW**, this 3rd day of April, 2017, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issue set forth below. Allocatur is **DENIED** as to all remaining issues.

Absent an express request by the trial court to place any objections on the record, is a challenge to a trial court's jury instructions preserved pursuant to Pennsylvania Rule of Civil Procedure 227.1, if a party submits specific proposed points for charge to the trial court at the time of charging conference, and challenges the trial court's failure to include the specific points in a post-trial motion?

The Application for Costs and Counsel Fees Pursuant to Pennsylvania Rule of Appellate Procedure 2744 is also **DENIED.**